IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:13-CR-246** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **ELISEO BERNAL, JR.** | : | |

**O R D E R**

After consideration of the Government's Motion to Dismiss the Indictment, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, on this 5th day of May, 2014, it is hereby ORDERED that the Government's Motion to Dismiss Indictment (Doc. 153) is GRANTED.

The defendant was prosecuted in the Southern District of Texas for the same charge as was filed in the Middle District of Pennsylvania. The underlying facts that formed the basis of the charges contained in the Middle District of Pennsylvania Indictment filed on November 6, 2013, are the same as the offense to which Bernal pled guilty to and was sentenced to in the Southern District of Texas on February 4, 2014.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania